[No. 9713–3–II.   Division Two.   May 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GUY ALAN HARKCOM, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00001–9, Milton R. Cox, J., entered March 5, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 9284–1–II.   Division Two.   May 12, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
JOHN DAVID PRUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–00624–6, Donald H. Thompson, J., entered October 18, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 9844–0–II.   Division Two.   May 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
REBERTHA ANN WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 155688R10, Thomas R. Sauriol, J., entered March 12, 1986.. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 9662–5–II.   Division Two.   May 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES W. MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00001–9, Milton R. Cox, J., entered March 6, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.